United States District Court
For the Northern District of California

***E-FILED 2/4/2009***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EULISHA HALL,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN AGENCIES,<br><br>    Defendant.<br>_____/ | No. C08-05344 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

    The court is informed that this action has settled. In light of the settlement, all trial and pretrial dates have been vacated.

    **On or before March 17, 2009**, a dismissal shall be filed pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **March 31, 2009, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than March 24, 2009**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a joint

statement in response to this Order.

SO ORDERED.

Dated: February 4, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

**5:08-cv-5344 Notice has been electronically mailed to:**

Nicholas Joseph Bontrager   nbontrager@consumerlawcenter.com, akrohn@consumerlawcenter.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.